**Order entered December 31, 2021**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-21-01014-CV

**IN RE ROBERT B. READ, JR., Relator**

**Original Proceeding from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-81170-06**

## ORDER

Before Justices Osborne, Pedersen, III, and Goldstein

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **DENY AS MOOT** his motion seeking leave to file his petition for writ of mandamus.

/s/     BILL PEDERSEN, III
        JUSTICE